UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
**ANTONIO BETHEA**, :
:
Plaintiff, : **MEMORANDUM DECISION**
: **AND ORDER**
- against - :
: 17-CV-04828 (AMD) (LB)
**THE CITY OF NEW YORK, NYC** :
**DEPARTMENT OF CORRECTIONS AGENCY,** :
**COMMISSIONER JOSEPH PONTE, WARDEN** :
**ROBIN BEAULIEU, CAPTAIN YOLONDA** :
**RICHARDSON,** *Shield # 1671***, BUREAU CHIEF** :
**YOLANDA CANTY, ASSISTANT DEPUTY** :
**YASMEEN PEOPLES,** *Shield # 186***, ASSISTANT** :
**DEPUTY WARDEN JOSEPH GRIMA,** *Shield #* :
*204***, ASSISTANT DEPUTY WARDEN** :
**BARBARA GRIFFITHS,** *Shield # 112***,** :
**ASSISTANT DEPUTY WARDEN WANDA** :
**BLAIR,** *Shield # 15***, ASSISTANT DEPUTY** :
**WARDEN MONTANA** *Shield # 136***, and** :
**ASSISTANT DEPUTY WARDENDOE,** :
:
Defendant. :
---------------------------------------------------------------- X

**ANN M. DONNELLY,** United States District Judge:

On August 10, 2017, the *pro se* plaintiff, Antonio Bethea, brought this action pursuant to 42 U.S.C. § 1983 alleging violations of his civil rights. (ECF No. 1.) After the plaintiff failed to appear for a status conference on August 15, 2019, Judge Bloom ordered the plaintiff to provide the court with his contact information, and warned that failure to comply would warrant dismissal of the case. (ECF No. 68.) On August 21, 2020, Judge Bloom recommended that the case be dismissed for failure to prosecute. (ECF No. 76.) No objections have been filed to the Report and Recommendation, and the time for doing so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those

1

portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

I have carefully reviewed Judge Bloom's thorough and well-reasoned Report and Recommendation and find no error. Accordingly, I adopt the Report and Recommendation in its entirety and order that the complaint be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

       s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
      September 11, 2020